### COLVARD vs. CLUTE and others.

A default for not declaring will be set aside in *replevin* as in other actions.

June 9.    MOTION to set aside default for not declaring. This was an action of *replevin*, and the default of the plaintiff for not declaring was duly entered. The plaintiff moved to set it aside on the ground of merits, excusing his default. The defendant objected that the plaintiff having failed to declare within the time prescribed by *statute*, he was entitled to judgment of discontinuance. *2 R. S.* 350, § 24, 25. *5 Wendell*, 136.

*By the Court,* NELSON, J.   The language of the act is that judgment in a case like this may be entered against the plaintiff, according to the course and practice of the court.   It is not like the provision passed upon in 5 *Wendell,* 136, where the time within which the act to be done is *limited* by statute. Here it is left subject to the course and practice of the court, and consequently in this, as in ordinary actions, a party who has suffered a default may be relieved on shewing good cause. The default is set aside, on payment of costs.